**AFFIRM; and Opinion Filed July 29, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01452-CR

## DAVID BRADLEY NEWTON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 203rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F11-72170-P

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Brown and Stoddart
Opinion by Justice Brown

David Bradley Newton was convicted of failure to register as a sex offender. This appeal

follows the revocation of his community supervision and the imposition of his ten-year sentence.

On appeal, appellant's attorney filed a brief in which she concludes the appeal is wholly

frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S.

738 (1967). The brief presents a professional evaluation of the record showing why, in effect,

there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811–12 (Tex.

Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised

appellant of his right to file a pro se response, but he did not file a pro se response. *See Kelly v.*

*State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.

/Ada Brown/
ADA BROWN
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

141452F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DAVID BRADLEY NEWTON,
Appellant

No. 05-14-01452-CR          V.

THE STATE OF TEXAS, Appellee

Appeal from the  203rd Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F11-72170-P).
Opinion delivered by Justice Brown, Chief
Justice Wright and Justice Stoddart
participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.


Judgment entered July 29, 2015.